IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LANDY METAYER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00066-P |
| | § | |
| LEGEND SENIOR LIVING, LLC | § | |
| D/B/A MEADOWOOD ASSISTED | § | |
| LIVING AND MEMORY CARE., | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the order granting Plaintiff's Unopposed Motion to Dismiss (ECF No. 13):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice.**

It is further **ORDERED, ADJUDGED, and DECREED** that all costs and expenses are taxed against the party incurring the same.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **8th day** of **June, 2021**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE